**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

ATOMIC IP LLC,

   *Plaintiff,*

  v.

PAESSLER GMBH,

   *Defendant.*

Civil Action No. 2:26-cv-00507

**JURY TRIAL DEMANDED**

<u>**COMPLAINT FOR PATENT INFRINGEMENT**</u>

Plaintiff Atomic IP LLC ("Atomic" or "Plaintiff"), by and through its attorneys, brings this action and makes the following allegations of patent infringement relating to U.S. Patent No. 8,924,869 (the "'869 Patent" or the "patent-in-suit"). Defendant Paessler GmbH ("Paessler" or "Defendant") infringes the patent-in-suit in violation of the patent laws of the United States of America, 35 U.S.C. § 1 *et seq*.

<u>**THE PARTIES**</u>

1. Atomic is a Texas limited liability company having its principal place of business at 5000 Plaza on the Lake, Suite 100, Austin, TX 78746.

2. Upon information and belief, Paessler GmbH is a German limited liability company organized and existing under the laws of the Federal Republic of Germany, with its principal place of business at Thurn-und-Taxis-Str. 14, 90411 Nuremberg, Germany.

<u>**NATURE OF THE ACTION, JURISDICTION, AND VENUE**</u>

3. This action arises under the patent laws of the United States, Title 35 of the United States Code. Accordingly, this Court has subject matter jurisdiction over this action under 28 U.S.C. §§ 1331 and 1338(a).

1

4.      This Court has specific personal jurisdiction over Paessler pursuant to due process and the Texas Long Arm Statute. Paessler has purposefully directed activities to Texas, including this District, by offering, selling, licensing, distributing, providing, and/or supporting PRTG Network Monitor, PRTG Enterprise Monitor, PRTG Hosted Monitor, PRTG Maps, Map Designer, and related PRTG products and services through one or more of its website, customer portal, subscription, trial/download, support, reseller, partner, and Texas public-sector procurement channels. Paessler has committed and continues to commit acts of infringement in Texas, including in this District, and Atomic's claims arise out of or relate to Paessler's Texas-directed activities.

5.      In the alternative, to the extent Paessler contends that it is not subject to jurisdiction in any state's courts of general jurisdiction, this Court has personal jurisdiction over Paessler under Federal Rule of Civil Procedure 4(k)(2). Atomic's claims arise under federal patent law, Paessler is a foreign defendant, and Paessler has substantial contacts with the United States as a whole, including nationwide sales, licensing, marketing, distribution, support, customer portals, downloads, trials, subscriptions, and reseller/partner channels for the accused PRTG products and services.

6.      Venue is proper in this District under 28 U.S.C. §§ 1391(c)(3) and 1400(b). Paessler is a foreign defendant and may be sued in any judicial district in the United States, including this District. Upon information and belief, Paessler has committed and continues to commit acts of infringement in this District and elsewhere in the United States.

### THE PATENT-IN-SUIT - U.S. PATENT NO. 8,924,869

7.      U.S. Patent No. 8,924,869, entitled "Service for Generation of Customizable Display Widgets" (the "'869 Patent"), was duly and legally issued on December 30, 2014. The application that matured into the '869 Patent was filed on August 14, 2006 and claims priority to

U.S. Provisional Application No. 60/707,780, filed on August 12, 2005. A true and correct copy of the '869 Patent is attached as Exhibit A.

8.      The '869 Patent is directed to a networked "widget service" that defines and delivers user-modifiable visual elements in a display interface by storing visual element defining data and using that stored defining data to generate (or regenerate) the visual element and respond to client requests. In one described implementation, the stored visual element defining data includes (i) image data having a base image component and other image components, (ii) user-defined alphanumeric data representing information to be conveyed, and (iii) real-time data indicative of current conditions, and the system includes a generation module and network interface module configured to generate the visual element and serve it in response to client requests. ('869 Patent, Abstract; Summary.)

9.      The specification explains that, in certain embodiments, the widget service is implemented using a web-services model to provide "easy and widespread distribution targeting the widely available devices that have web browser capability," including implementations where users access the system "via a web interface on a web browser." The specification further explains that the web-services model supports access to services through system APIs and development in technologies such as AJAX or simple HTML. In these embodiments, widgets can run "within an active browser window," users can send data to the system via HTTP POST commands, and the widget service provider can configure web services that update the user's personalized page and associated widgets in response to user device requests and in response to changing data values. ('869 Patent, 3:13–31.)

10.     The specification further describes implementations where the server provides functionality for users to define customized display elements (widgets) that can be displayed in a

graphical user interface "without requiring any installation of specialized software" on the user's computer, including implementations where the defined objects include sounds, hypertext, and visual images. In such implementations, the widgets may be implemented using server-side application technologies and lightweight protocols to support speed, compatibility, and reliability in browser-based delivery. ('869 Patent, 4:28–39.)

11.     In one example embodiment, the visual display element "runs within a browser window" and "does not include an installed application within the client computing device," and the visual display element is associated with a "widget container" that separates the widget's user-interface functionality and the widget application from the platform on which it runs. ('869 Patent, 4:55–65.)

12.     The specification further explains that the widget container includes a widget image element that supports dynamic composition. For example, the widget image element can include a "base image component" and "sub-images" combined with the base image "along with real-time data and/or other user-specified alphanumeric data to produce a dynamically generated widget image," such that the image element may be generated by the base image and the widget application using specified data parameters. ('869 Patent, 5:1–9.)

13.    The '869 Patent also describes a concrete server-side generation/regeneration pipeline tied to browser delivery. In one example flow, a request (including parameters) to display an image for a widget to be displayed in browser software is received; image data, alphanumeric data, and real-time data associated with the request are retrieved; image data are (re)generated based on the retrieved data; and the resulting image data are sent to the requesting process or device for placement in the widget's image element so that changes in data values are reflected in the widget display. ('869 Patent, 6:29–46.) *See also* Ex. A, FIGS. 4A–4B.



FIG. 4A

FIG. 4B

14.    These disclosures describe specific computer-network, web-services, and GUI mechanisms—such as server-side storage of widget-defining data; server-side

generation/regeneration of widget images by combining base and sub-image components with real-time and user-specified data; and parameterized request/response delivery to browser software—and, in certain embodiments, browser delivery through a widget container that separates widget UI/application functionality from platform dependence. These mechanisms are implemented to improve distribution, compatibility, and reliability while avoiding client-side installation and enabling widgets to update in response to changing data values. ('869 Patent, Abstract; Summary; 3:13–31; 4:28–39; 4:55–65; 5:1–9; 6:29–46.)

## COUNT I
## INFRINGEMENT OF U.S. PATENT NO. 8,924,869

15. The preceding paragraphs are reincorporated by reference as if fully set forth herein.

16. The '869 Patent is valid and enforceable.

17. Atomic is the owner and assignee of all rights, title, and interest in the '869 Patent, including the rights to grant licenses, to exclude others, and to recover past damages for infringement of that patent.

18. Upon information and belief, Paessler makes, uses, sells, offers to sell, imports, licenses, provides, and/or supports in the United States PRTG Network Monitor, PRTG Enterprise Monitor, PRTG Hosted Monitor, PRTG Maps, Map Designer, and related PRTG map/dashboard functionality, including custom maps, map objects, background images, Device Tree object selection, map-object libraries, custom HTML and text, live monitoring, status, and sensor-data functionality, refresh and scan-interval functionality, and browser-delivered URL, public-access, and iframe delivery functionality (collectively, the "Accused Instrumentality" or "PRTG Accused Platform").

6

19.     Upon information and belief, the Accused Instrumentality includes PRTG Maps, Map Designer, and related Paessler map and dashboard functionality providing a web-based map/dashboard/visualization system through which users can add, define, configure, modify, view, and publish maps and dashboards. These maps and dashboards can include background images, static and dynamic map objects, sensor-status objects, device/status icons, graphs, tables, custom images, custom HTML and text, and related visual elements. Paessler renders and delivers those maps and visualizations through the PRTG web interface for viewing and interaction on client computing devices. For example, Paessler's documentation explains that PRTG Maps allows users to create dashboards with monitoring information in a customizable layout and make live data overviews publicly available. Paessler's documentation further explains that PRTG maps can include device icons, sensor-status icons, graphs, data tables, sensor lists, connection lines, geographical maps, custom HTML code, and background images. Paessler's Map Designer lets users create custom HTML webpages as maps or dashboards by selecting monitored objects from the Device Tree, adding map objects, and editing how those objects are displayed. *See, e.g.,*



https://www.paessler.com/manuals/prtg/maps

7



Map Designer General Layout

The map designer consists of three main sections:

- The **Device Tree** section on the left side. Here you can select the object whose data you want to show on the map.

- The map design area in the middle that has the size in pixels that you specified in the map settings.

- The **Properties** section on the right side. Here you can define how a map item is displayed, for example, as an icon or a data table.

https://www.paessler.com/manuals/prtg/map_designer; *see also*
https://youtu.be/fQexfGgGSwg?si=CPNDA4BKIs7x0ztz

20.    Upon information and belief, the Accused Instrumentality includes a data storage system, with one or more processors and data storage, that stores maps, dashboards, background images, map objects, device/sensor selections, object positions, layer information, custom HTML and text, map access settings, and related configuration and definition data used to define and reconstruct those visual elements. For example, Paessler's documentation explains that users create a new map by entering a map name, defining map dimensions, optionally uploading a background image, defining map access, and clicking Create. Paessler further explains that users add map items by selecting monitored objects, dragging and dropping objects onto the map design area, editing map-item attributes, clicking Save, and repeating the process until the desired items are added to the map. Paessler's documentation also states that PRTG saves changes persistently

in the user's configuration. Paessler's PRTG interface further displays saved maps as persistent server-side objects with map names, security context, public-access status, and priority information. These materials demonstrate that Paessler stores map/dashboard definition data, background-image data, map-object data, device/sensor-selection data, user-defined alphanumeric data, public-access data, and related configuration data in data storage. *See, e.g.,*



https://www.paessler.com/manuals/prtg/maps_step_by_step

## Undo and Redo

You can undo previous changes to the map and its items by clicking ⊕
(**Ctrl+Z**) at the bottom of the **Device Tree** section. To redo actions, click
⊙ (**Ctrl+Y**). You can undo and redo up to 50 changes when you work on
a map. Because PRTG saves changes persistently in your configuration,
you can even revert changes at a later point in time.

https://www.paessler.com/manuals/prtg/map_designer



https://youtu.be/OMCMfKX8hcE?si=Q1Pfzgb8ZNoPjPnK&t=42

21.    Upon information and belief, the Accused Instrumentality includes image data for maps, dashboards, floor-plan visualizations, rack visualizations, and related visual elements, including a base image component and other image components. For example, Paessler's PRTG Maps and Map Designer functionality allows users to use background images, including uploaded image files, as the map/dashboard background. Paessler's documentation further explains that PRTG maps can include device icons, sensor-status icons, graphs, data tables, sensor lists, connection lines, geographical maps, custom HTML code, custom images, static objects, and dynamic monitored objects. Paessler's public tutorial materials also show PRTG maps using physical-layout images, including floor plans and server-rack/data-center visualizations, with device/status icons, labels, graphs, gauges, and other visual components displayed on or with those

10

background images. Thus, the displayed PRTG map/dashboard visualizations include a base image component, including a map background, floor-plan image, server-rack image, or other physical-layout image, and other image components displayed on or with that background, including static objects, dynamic sensor-status objects, device icons, labels, graphs, gauges, connection lines, and custom images. *See, e.g.*,

**Map Technology**

In technical terms, a map is a common HTML web page. A map can consist of the following elements:

- Map items including device icons, sensor status icons, graphs, data tables, sensor lists, connection lines, geographical maps, or custom HTML code.

- An optional background image in JPG, PNG, or GIF format, for example, your company logo or a graphical view of your network.

https://www.paessler.com/manuals/prtg/maps



https://youtu.be/OMCMfKX8hcE?si=kny_rDfnMdQUwGQ5&t=487

11

22.    Upon information and belief, the Accused Instrumentality stores, retrieves, and/or uses user-defined data, including alphanumeric data representing information to be conveyed in the defined visual elements. For example, Paessler's documentation instructs users creating PRTG maps to enter a user-defined map name and other map settings. Paessler's Map Designer also allows users to add custom HTML and text to map objects, including through HTML Before and HTML After fields in the map-object Properties panel. Paessler's maps further display alphanumeric information associated with monitored objects and map components, including device names, sensor names, IP addresses, status labels, sensor values, counts, and other text or numerical information. These user-defined and displayed alphanumeric data are conveyed in the displayed PRTG map, dashboard, floor-plan, rack-visualization, and related visual elements. *See, e.g.,*

| Custom HTML | Use this property, for example, to add custom text, external images, or applets to your map. Drag the item to the map design area and select it to edit it. You can then copy your custom code into the **HTML Before** and **HTML After** fields. |
|---|---|

https://www.paessler.com/manuals/prtg/map_designer



https://youtu.be/fQexfGgGSwg?si=C8YyykGsferM62sQ&t=1093

23.     Upon information and belief, the Accused Instrumentality accesses and/or uses real-time and current-condition data for presentation in maps, dashboards, floor-plan visualizations, rack visualizations, and related visual elements. For example, Paessler's documentation explains that PRTG Maps allows users to make live data overviews publicly available and that PRTG custom maps run on live monitoring data. Paessler further explains that PRTG scans the network at configurable intervals, builds a live device tree, allows users to pull nodes onto a canvas, and displays device status, bandwidth, packet loss, and other monitored information directly on the map. Paessler's public materials also show PRTG maps and dashboards displaying current status, counts, graphs, gauges, alarms, and other monitoring information for monitored devices, sensors, and network components, including in data-center floor-plan visualizations. These current-condition data inputs are used to drive and update the displayed PRTG maps, dashboards, floor-plan visualizations, rack visualizations, and related visual elements. *See, e.g.,*

# Custom Network Maps with PRTG: Live Visualization for Your Entire Network



Published by Patrick Gebhardt
Last updated on May 20, 2026 • 8 minute read

Summarize in ChatGPT

PRTG scans your network at configurable intervals and builds a live device tree from what it finds. From there, you decide what that looks like. The map editor is drag-and-drop: pull nodes onto a canvas, connect them to represent dependencies, drop in a background image if you want to overlay everything onto a floor plan or rack diagram. Every node reflects near real-time sensor data. Device status, bandwidth, packet loss: whatever PRTG is already monitoring shows up directly on the map.

https://blog.paessler.com/building-individual-custom-network-maps-with-prtg



https://www.paessler.com/partners/technological-alliances/rittal

14

24.     Upon information and belief, the Accused Instrumentality includes a browser-based map/dashboard definition interface configured to receive input from client computing devices indicative of a user selection of at least some of the image data, the user-defined data, and the real-time data to be associated with a visual element. For example, Paessler's PRTG Maps and Map Designer workflow receives user input to (i) create and name a map, set map dimensions and access settings, and select or upload a background image to serve as the map/dashboard background, (ii) select monitored devices, sensors, groups, and other objects from the Device Tree and place those objects onto the map design area, and (iii) configure how static and dynamic map objects are displayed, including by selecting object types from map-object libraries, positioning and layering objects, adding custom HTML and text, and associating monitored objects with live sensor/status data. These inputs define the PRTG map/dashboard visual element and how the displayed visualization is rendered and updated, rather than merely selecting a preexisting static view. *See, e.g.,*



Map Designer General Layout

The map designer consists of three main sections:

- The **Device Tree** section on the left side. Here you can select the object whose data you want to show on the map.
- The map design area in the middle that has the size in pixels that you specified in the map settings.
- The **Properties** section on the right side. Here you can define how a map item is displayed, for example, as an icon or a data table.

https://www.paessler.com/manuals/prtg/map_designer

15



https://youtu.be/fQexfGgGSwg?si=Jj22v4g3ZVdK4PT9&t=571

# Step 1: Add a Map

First, you need to create a new map:

1. Click **Maps** in the main menu bar to show an overview list of all maps.

2. Hover over ⊕ and select **Add Map** from the menu to open the **Add Map** dialog.



Add Map Dialog

3. Enter a meaningful **Map Name**.

4. Enter the **Map Width** and the **Map Height** in pixels. Optionally, you can upload a background image.

5. In the **Map Access** section, define the accessibility to your map.

6. Click **Create**.

https://www.paessler.com/manuals/prtg/maps_step_by_step

16

25.    Upon information and belief, the Accused Instrumentality includes one or more generation modules configured to generate or render maps, dashboards, floor-plan visualizations, rack visualizations, and related visual elements based on user-selected visual element defining data. For example, Paessler's Map Designer allows users to create custom HTML webpages as maps or dashboards by selecting monitored devices, sensors, groups, and other objects from the Device Tree, adding static and dynamic map objects, positioning and layering those objects, adding custom HTML and text, and saving the resulting map definition. Paessler further provides a View Map function that renders the configured map as a user-facing visual map/dashboard, including the selected background, placed map objects, live sensor/status data, labels, graphs, icons, and other visual components. Paessler also provides Get HTML functionality that provides links and iframe code for delivering the rendered map through the PRTG web interface or other webpages. These Paessler features demonstrate generation, rendering, and delivery of configured visual elements based on user-selected defining data. *See, e.g.,*

## Step 3: View and Share the Map

You can always preview your map:

1. Click the **View Map** tab to show your map.

2. Click different object names to get more detailed information.
   ⓘ It depends on the access rights of an object and the logged in user account if a user can get more detailed information about the object or if they get an error message that indicates insufficient access rights.
   Map items of the type **Data Tables** also behave differently depending on the defined security context and the logged in user account.

3. Click the **Get HTML** tab to get a direct URL of your map that you can share with others.

4. You can also add your map as a dashboard to the **Home** menu of the PRTG web interface.

5. You can change the interval until a new map appears. Hover over ⬚ in the lower-right corner and choose from **10s, 30s, 60s** (seconds), **10m** (minutes), and **Refresh** (now).

https://www.paessler.com/manuals/prtg/maps_step_by_step#view





https://youtu.be/fQexfGgGSwg?si=CPNDA4BKIs7x0ztz



https://youtu.be/OMCMfKX8hcE?si=55S8J8q7eMhnhoLP&t=421

26.    Upon information and belief, the Accused Instrumentality includes a network interface configured to receive requests from client computing devices relating to generated maps, dashboards, floor-plan visualizations, rack visualizations, and related visual elements and, in response, transmit the requested view containing those visualizations to the requesting client device. For example, Paessler's documentation explains that PRTG maps are standard HTML pages that can be made available through a unique URL, accessed with or without login depending on public-access settings, and embedded in other webpages through iframe code. These same maps, dashboard widgets, map objects, and related visual elements are capable of display on a plurality of client computing devices, and Paessler delivers the corresponding visual-element defining data and generated map/dashboard views from the PRTG server to client computing devices through the PRTG web interface, unique URLs, public links, and iframe code. Paessler further explains that users can view generated maps through the PRTG web interface and share or publish those maps using PRTG's Get HTML functionality. These materials demonstrate that the requested PRTG maps, dashboards, floor-plan visualizations, rack visualizations, and related

19

visual elements are delivered through a browser-accessible network interface for display and interaction on client computing devices. *See, e.g.,*

---

## Get HTML

Your map is a standard HTML page. You can make it available to other people via a unique URL. Depending on the map's **Public Access** setting, a visitor needs to provide login credentials for PRTG to view the map, or they immediately see the map.

You have different options to link to the map:

- **Option 1: Link To The Map With Required Login**
  A user who wants to view the map via the shown URL first needs to log in to PRTG.
  ⓘ In the URL, PRTG usually specifies the IP address under which the page is reachable. If a network address translation (NAT) is set in your firewall, or if you want to use a domain name or a name from a dynamic Domain Name System (DNS) service for public access, customize the URL according to your needs.

- **Option 2: Link To The Map Without A Login**
  People who want to view the map via the shown URL do not need login credentials. Allow public access to the map to make it available to the public.

  ⓘ In the URL, PRTG usually specifies the IP address under which the page is reachable. If a NAT is set in your firewall, or if you want to use a domain name or a name from a dynamic DNS service for public access, customize the URL according to your needs.

- **Option 3: Show the Map on Other Webpages via an Iframe**
  Here you can find the HTML code to embed an *iframe* in your web page. It includes a URL for direct access to the map. Allow public access to the map to make it available to the public.

  ⓘ In the URL, PRTG usually specifies the IP address under which the page is reachable. If a NAT is set in your firewall, or if you want to use a domain name or a name from a dynamic DNS service for public access, customize the URL according to your needs.

---

https://www.paessler.com/manuals/prtg/maps_settings

27.     Upon information and belief, the Accused Instrumentality is operative to define and deliver maps, dashboards, floor-plan visualizations, rack visualizations, and related visual elements to a client computing device independent of the operating system of the client computing device making the requests. For example, Paessler's documentation explains that users access the PRTG web interface by opening a web browser and entering the IP address or URL of the PRTG core server system. Paessler further explains that the PRTG web interface can be accessed through supported web browsers, including Google Chrome, Mozilla Firefox, Microsoft Edge, and Safari. These Paessler features demonstrate that the accused maps, dashboards, floor-plan visualizations,

rack visualizations, and related visual elements are defined, accessed, and delivered through standard browser access, independent of the particular operating system of the requesting client device. *See, e.g.,*



https://www.paessler.com/manuals/prtg/login

## Supported Web Browsers

You can access the PRTG web interface with any browser. However, we recommend that you use one of the supported browsers to make sure all features work properly.

| CATEGORY | REQUIREMENTS |
|---|---|
| Web browser | The **latest three versions** of the following browsers are officially supported by the PRTG web interface:<br><br>■ Google Chrome<br><br>■ Mozilla Firefox<br><br>ⓘ Mozilla Firefox is potentially vulnerable to cross-site scripting (XSS) attacks. These XSS exploits are possible if you click, for example, phishing links in emails that contain malicious code, and you are logged in to PRTG with Mozilla Firefox. For more information, see the Knowledge Base: How secure is it to access the PRTG web interface with Firefox?<br><br>■ Microsoft Edge<br><br>■ Safari |

https://www.paessler.com/manuals/prtg/system_requirements#browser

28.    Upon information and belief, the Accused Instrumentality generates and delivers the generated visual element as a widget in the form of a discrete dashboard/view component displayed within Paessler's browser-accessible interface. Further, upon information and belief, Paessler defines and delivers dashboard widgets, map objects, and related map/dashboard visualizations through PRTG Maps, Map Designer, PRTG dashboards, and related browser-accessible PRTG functionality. For example, Paessler's documentation explains that users can

22

create custom dashboards using drag-and-drop widgets, including device and status icons, traffic charts, toplists, custom images, and custom HTML. Paessler further explains that PRTG maps are standard HTML pages that can be viewed through the PRTG web interface, accessed through unique URLs, and embedded in other webpages through iframe code, such that users view and interact with the widgets, map objects, and related visualizations through the browser without installing a separate widget application on the client computing device. *See, e.g.,*



## Use drag-and-drop widgets

Use the **built-in map editor** to create customized visualizations of your IT infrastructure via drag-and-drop widgets.

Integrate all your network components using **more than 300 different widgets** – from device and status icons to traffic charts, toplists, or custom images.

Use **custom HTML** to design your own map elements or to create multi-layer dashboards.

https://www.paessler.com/prtg/features/dashboards

Get HTML

Your map is a standard HTML page. You can make it available to other people via a unique URL. Depending on the map's **Public Access** setting, a visitor needs to provide login credentials for PRTG to view the map, or they immediately see the map.

You have different options to link to the map:

- **Option 1: Link To The Map With Required Login**
  A user who wants to view the map via the shown URL first needs to log in to PRTG.
  ① In the URL, PRTG usually specifies the IP address under which the page is reachable. If a network address translation (NAT) is set in your firewall, or if you want to use a domain name or a name from a dynamic Domain Name System (DNS) service for public access, customize the URL according to your needs.

- **Option 2: Link To The Map Without A Login**
  People who want to view the map via the shown URL do not need login credentials. Allow public access to the map to make it available to the public.

① In the URL, PRTG usually specifies the IP address under which the page is reachable. If a NAT is set in your firewall, or if you want to use a domain name or a name from a dynamic DNS service for public access, customize the URL according to your needs.

- **Option 3: Show the Map on Other Webpages via an Iframe**
  Here you can find the HTML code to embed an *iframe* in your web page. It includes a URL for direct access to the map. Allow public access to the map to make it available to the public.

https://www.paessler.com/manuals/prtg/maps_settings

29.    Upon information and belief, the Accused Instrumentality includes data-dependent dashboard widgets, map objects, and related map/dashboard visualizations that periodically receive updated data and change their displayed state based on the received data. For example, Paessler's documentation explains that PRTG maps can display live monitoring data and that users can change the interval until a new map appears, including intervals of 10 seconds, 30 seconds, 60 seconds, 10 minutes, and Refresh now. Paessler further explains that the color of a sensor or object indicates its status and that summarized sensor states are reflected in the device tree and maps. Paessler's Map Designer also provides map objects, including device icons, sensor-status icons, graphs, data tables, sensor lists, connection lines, status icons, and other visual components that can display object names, sensor overviews, mini graphs, and status information. These features

24

demonstrate data-dependent map objects, widgets, and visualizations configured to periodically

receive updated data and change their displayed state based on the received data. *See*, *e.g.*,

## Step 3: View and Share the Map

You can always preview your map:

1. Click the **View Map** tab to show your map.

2. Click different object names to get more detailed information.
   ⓘ It depends on the access rights of an object and the logged in user account if a user can get more detailed information about the object or if they get an error message that indicates insufficient access rights.
   Map items of the type **Data Tables** also behave differently depending on the defined security context and the logged in user account.

3. Click the **Get HTML** tab to get a direct URL of your map that you can share with others.

4. You can also add your map as a dashboard to the **Home** menu of the PRTG web interface.

5. You can change the interval until a new map appears. Hover over ▣ in the lower-right corner and choose from **10s, 30s, 60s** (seconds), **10m** (minutes), and **Refresh** (now).

https://www.paessler.com/manuals/prtg/maps_step_by_step

## PRTG Manual: Sensor States

The color of a sensor or object indicates its status. In the table below, you find a list of states that a sensor or object can show. This list also reflects the priority of the sensor states whenever PRTG shows summarized sensor states, for example, in the device tree or in geographical maps. For example, if all sensors on a device show the **Up** status and one of the sensors changes to the **Down** status, the device shows the **Down** status as well because this status has a higher priority. The device is then displayed accordingly in the extended device tree views.

https://www.paessler.com/manuals/prtg/sensor_states

30.     Upon information and belief, Paessler has directly infringed and continues to

directly infringe the '869 Patent by, among other things, making, using, selling, offering to sell,

importing, licensing, providing, and/or supporting in the United States the Accused Instrumentality as defined above during the term of the '869 Patent.

31.    Upon information and belief, by making, using, testing, offering to sell, selling, importing, licensing, providing, and/or supporting the Accused Instrumentality, Paessler has injured Atomic and is liable to Atomic for directly infringing one or more claims of the '869 Patent, including at least claims 1, 2, and 25, pursuant to 35 U.S.C. § 271(a). The Accused Instrumentality meets each and every limitation of at least those claims as alleged herein.

32.    Upon information and belief, Paessler also indirectly infringes and continues to indirectly infringe the '869 Patent by actively inducing infringement under 35 U.S.C. § 271(b).

33.    Upon information and belief, Paessler has had knowledge of the '869 Patent since at least March 18, 2026, when it received correspondence from Atomic identifying the '869 Patent and notifying Paessler of its infringement.

34.    Upon information and belief, Paessler intended to cause and has caused infringement by third-party customers and end users of the Accused Instrumentality and knew or was willfully blind to that result, including at least after receiving notice of the '869 Patent. Paessler publishes documentation, user guides, tutorials, videos, and training materials instructing customers and end users to use PRTG Network Monitor, PRTG Enterprise Monitor, PRTG Hosted Monitor, PRTG Maps, Map Designer, dashboards, map objects, custom HTML and text, and related Paessler map/dashboard functionality to create, configure, access, view, publish, and use browser-delivered maps, dashboards, floor-plan visualizations, rack visualizations, and related visual elements. Those instructions include, among other things, creating and naming maps; selecting or uploading background images; selecting monitored devices, sensors, groups, and other objects from the Device Tree; placing static and dynamic map objects on map/dashboard canvases;

26

positioning and layering map objects; adding custom HTML and text; displaying live monitoring data, sensor states, graphs, status indicators, and other current-condition information; changing refresh intervals; accessing maps through the PRTG web interface; and publishing maps through direct URLs, public links, and iframe code. By providing these instructions and training, Paessler specifically encouraged and intended customers and end users to use the Accused Instrumentality in a manner that infringes at least claims 1, 2, and 25 of the '869 Patent.

35.    After receiving Atomic's March 18, 2026 notice letter, Paessler continued to host and circulate the documentation, user guides, tutorials, videos, and training materials described above and to promote, provide, and support the Accused Instrumentality, demonstrating at least reckless disregard of Atomic's patent rights.

36.    Despite having notice of its infringement, Paessler has continued to make, use, test, offer to sell, sell, import, license, provide, and/or support the Accused Instrumentality in a manner that infringes the '869 Patent. Paessler's conduct is willful, and Atomic is therefore entitled to enhanced damages under 35 U.S.C. § 284.

37.    As a result of Paessler's infringement of the '869 Patent, Atomic has suffered monetary damages and seeks no less than a reasonable royalty for the use made of the invention by Paessler, together with pre-judgment and post-judgment interest and costs as fixed by the Court.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff Atomic respectfully requests that this Court enter:

1. A judgment in favor of Atomic that Paessler has infringed the '869 Patent, either literally or, in the alternative, under the doctrine of equivalents;

2. A judgment that Paessler's infringement of the '869 Patent is willful;

3. An award of damages resulting from Paessler's acts of infringement in accordance with

27

35 U.S.C. § 284;

4. A judgment that this case is exceptional under 35 U.S.C. § 285 and awarding Atomic its reasonable attorneys' fees, costs, and expenses incurred in this action;

5. A judgment and order requiring Paessler to provide an accounting and to pay supplemental damages, including, without limitation, pre-judgment and post-judgment interest; and

6. Such other and further relief as the Court deems just and proper.

## JURY TRIAL DEMANDED

Pursuant to Federal Rule of Civil Procedure 38(b), Atomic requests a trial by jury of all issues so triable by right.

Dated:  June 25, 2026                         Respectfully Submitted,

By:   */s/ Eric H. Findlay*
Eric H. Findlay
State Bar No. 00789886
FINDLAY CRAFT, P.C.
7270 Crosswater Avenue, Suite B
Tyler, Texas 75703
Tel: (903) 534-1100
Fax: (903) 534-1137
Email: efindlay@findlaycraft.com

Bradford J. Black
Texas Bar No. 24086243
BRADFORD BLACK P.C.
500 W. 2nd Street, Ste. 1900
Austin, Texas 78701
Email: bblack@bradfordblack.com
Tel: (415) 813-6211
Fax: (415) 813-6222

**ATTORNEYS FOR PLAINTIFF**